IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Roanoke Division

MONTGOMERY COUNTY,

    Plaintiff,

v.

EXPRESS SCRIPTS HOLDING
COMPANY; EXPRESS SCRIPTS, INC;
OPTUM RX, INC.; UNITEDHEALTH
GROUP INCORPORATED, *et al.*,

    Defendants.

Civil Action No. 7:18cv619

## NOTICE OF APPEARANCE

Plaintiff, Montgomery County ("Plaintiff"), by counsel, files this Notice of Appearance notifying the Court that R. Johan Conrod, Jr., of the law firm of Kaufman & Canoles, P.C., will serve as co-counsel for Plaintiff in this matter.

**Dated: December 14, 2018**　　　　　**MONTGOMERY COUNTY**

By: /s/ R. Johan Conrod, Jr.
**SANFORD HEISLER SHARP, LLP**
Grant Morris (VSB No. 16290)
Kevin Sharp (*pro hac vice to be submitted*)
Ross Brooks (*pro hac vice to be submitted*)
Saba Bireda (*pro hac vice to be submitted*)
Andrew Miller (*pro hac vice to be submitted*)
611 Commerce Street, Suite 3100
Nashville, TN 37203
Tel: (615) 434-7000
Fax: (615) 434-7020
gmorris@sanfordheisler.com
ksharp@sanfordheisler.com
RBrooks@sanfordheisler.com
sbireda@sanfordheisler.com
amiller@sanfordheisler.com

**THE CICALA LAW FIRM PLLC**
Joanne Cicala (*pro hac vice to be submitted*)
101 College Street
Dripping Springs, TC 78620
Tel: (512) 275-6550
Fax: (512) 858-1801
joanne@cicalapllc.com

**KAUFMAN & CANOLES, P.C.**
W. Edgar Spivey (VSB No. 29125)
Patrick H. O'Donnell (VSB No. 29637)
R. Johan Conrod, Jr. (VSB No. 46764)
Lauren Tallent Rogers (VSB No. 82711)
150 West Main Street, Suite 2100
Norfolk, VA 23510-1665
Tel: (757) 624-3000
Fax: (888) 360-9092
wespivey@kaufcan.com
phodonnell@kaufcan.com
rjconrod@kaufcan.com
ltrogers@kaufcan.com

**MONTGOMERY COUNTY ATTORNEY**
Martin M. McMahon (VSB No. 29642)
Montgomery County Attorney
755 Roanoke Street
Christiansburg, VA 24073
Tel: (540) 382-5730
mcmahonmm@montgomerycountyva.gov

*Attorneys for Plaintiff*

2

# CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2018, I have electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

**WILLIAMS MULLEN**
Turner A. Broughton, Esq.
200 South 10th Street
Suite 1600
Richmond, VA 23219
Tel.: (804) 420–6926
Fax: (804) 644-0957
tbroughton@williamsmullen.com
(*Attorneys for Defendants UnitedHealth Group Incorporated, Optum, Inc., and OptumRx, Inc.*)


**HIRSCHLER LAW**
Jacqueline C. Hedblom, Esq.
The Edgeworth Building
2100 East Cary Street
Richmond, VA 23223
Tel.: (804)771-9500
Fax: (804)644-0957
jhedblom@hirschlerlaw.com

**KOBRE & KIM LLP**
Adriana Riviere-Badell, Esq.
201 South Biscayne Boulevard
Suite 1900
Miami, FL 33131
Tel.: (305) 967 6100
Fax: (305) 967 6120
adriana.riviere-badell@kobrekim.com

**KOBRE & KIM LLP**
Julian W. Park, Esq.
150 California Street, 19th Floor
San Francisco, CA 94111
Tel.: (415) 582-4800
Fax: (415) 582-4811
julian.park@kobrekim.com

(*Attorneys for Defendants Express Scripts Holding Company and Express Scripts, Inc.*)

**OTHER NOTICE IS BEING SENT TO THE FOLLOWING PARTIES VIA US MAIL POSTAGE PREPAID:**

Eric R. Delinsky, Esq.
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036–5807
Tel.: (202) 778–1800
edelinsky@zuckerman.com
(*Attorneys for CVS Health Corporation; CVS Pharmacy, Inc.; Caremark Rx, L.L.C.; CaremarkPCS Health, L.L.C. d/b/a CVS/Caremark; Caremark, L.L.C. and CaremarkPCS, L.L.C.*)

Purdue Pharma, L.P.; Purdue Frederick Company, Inc.
The Prentice-Hall Corporation
251 Little Falls Drive
Wilmington, DE 19808
*Defendants*

Purdue Pharma, Inc.
The Prentice-Hall Corporation
80 State Street
Albany, NY 12207
*Defendant*

Rhodes Pharmaceuticals, L.P.
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
*Defendant*

Abbott Laboratories; Abbot Laboratories, Inc.
The Corporation Service Company
4701 Cox Road, Suite 285
Glen Allen, VA 23060
*Defendants*

Mallinckrodt LLC; Mallinckrodt PLC
CT Corporation System
4701 Cox Road, Suite 285
Glen Allen, VA 23060
*Defendant*

Endo Health Solutions, Inc.; Endo Pharmaceuticals, Inc.;
Par Pharmaceutical Companies, Inc.
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
*Defendants*

Par Pharmaceutical, Inc.
CT Corporation System
111 Eight Avenue, 13th Floor
New York, NY 10011
*Defendant*

Teva Pharmaceuticals USA, Inc.
Corporate Creations Network Inc.
3411 Silverside Road Tatnall Building
Suite 104
Wilmington, DE 19810
*Defendant*

Cephalon, Inc.
425 Privet Road
Horsham, PA 19044
*Defendant*

Barr Laboratories, Inc.
Corporate Creations Network Inc.
6802 Paragon Place, Suite 410
Richmond, VA 23230
*Defendant*

Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc.;
Janssen Pharmaceutica, Inc.
1125 Trenton-Harbourton Road
Titusville, NJ 08560
*Defendants*

Watson Laboratories, Inc.; Allergan PLC
Corporate Creations Network Inc.
8275 South Eastern Avenue, #200
Las Vegas, NV 89123
*Defendants*

Actavis, LLC; Allergan PLC
Corporate Creations Network Inc.
3411 Silverside Road Tatnall Building, Suite 104
Wilmington, DE 19810
*Defendants*

Actavis Pharma, Inc.; Allergan PLC
Corporate Creations Network Inc.
6802 Paragon Place #410
Richmond, VA 23230
*Defendants*

Insys Therapeutics
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
*Defendant*

KVK-Tech, Inc.
c/o Frank Ripp, Jr.
110 Terry Drive
Newton, PA 18940
*Defendant*

Amneal Pharmaceuticals LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
*Defendant*

Impax Laboratories, LLC
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
*Defendant*

Amneal Pharmaceuticals, Inc.
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
*Defendant*

Amneal Pharmaceuticals of New York, LLC
The Corporation Trust Company
Corporation Trust Center
1209 Orange Street
Wilmington, DE 19801
*Defendant*

Mylan Pharmaceuticals, Inc.
CT Corporation System
4701 Cox Road, Suite 285
Glen Allen, VA 23060
*Defendant*

McKesson Corporation; McKesson Medical-Surgical, Inc.
Corporation Service Company
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219
*Defendants*

Cardinal Health, Inc.
CT Corporation System,
4400 Easton Commons Way Suite 125
Columbus, OH 43219
*Defendant*

AmerisourceBergen Drug Corporation
CT Corporation System
4701 Cox Road, Suite 285
Glen Allen, VA 23060
*Defendant*

Henry Schein, Inc.
Corporation Service Company
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219
*Defendant*

General Injectables & Vaccines, Inc.
Corporation Service Company
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219
*Defendant*

Insource, Inc.
Corporation Service Company
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219
*Defendant*

CVS TN Distribution, L.L.C.
CT Corporation System
300 Montvue Road
Knoxville, TN 37919
*Defendant*

Walgreens Boots Alliance, Inc.
Corporation Service Company
251 Little Falls Drive
Wilmington, DE 19808
*Defendant*

Walgreen Co.
Corporation Service Company
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219
*Defendant*

Jacqueline C. Hedblom, Esq.
Hirschler Law
The Edgeworth Building
2100 East Cary Street
Richmond, VA 23223
Tel.: (804)771-9500
Fax: (804)644-0957
jhedblom@hirschlerlaw.com
(*Attorneys for Defendants Express Scripts Holding Company and Express Scripts, Inc.*)

By: /s/ R. Johan Conrod, Jr.
**KAUFMAN & CANOLES, P.C.**
W. Edgar Spivey (VSB No. 29125)
Patrick H. O'Donnell (VSB No. 29637)
R. Johan Conrod, Jr. (VSB No. 46764)
Lauren Tallent Rogers (VSB No. 82711)
150 West Main Street, Suite 2100
Norfolk, VA 23510-1665
Tel: (757) 624-3000
Fax: (888) 360-9092

8

wespivey@kaufcan.com
phodonnell@kaufcan.com
rjconrod@kaufcan.com
ltrogers@kaufcan.com